# United States Court of Appeals
# for the Federal Circuit

---

October 21, 2020

**ERRATA**

---

Appeal No. 2016-1929

**JAMES L. KISOR,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

Decided:  August 12, 2020
Precedential Opinion

---

Please make the following change to the Dissenting Opinion as follows:

On page 18, line 3, replace "well-pleaded complaint rule" with "well-grounded claim rule"